# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**26**

**CA 14-01376**

PRESENT: SCUDDER, P.J., CENTRA, LINDLEY, SCONIERS, AND DEJOSEPH, JJ.

---

DANIEL WILLIAMS, CLAIMANT-RESPONDENT,

                              V                                            ORDER

STATE OF NEW YORK, DEFENDANT-APPELLANT.
(APPEAL NO. 2.)
(CLAIM NO. 114956.)

---

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (JEFFREY W. LANG OF COUNSEL), FOR DEFENDANT-APPELLANT.

DANIEL WILLIAMS, CLAIMANT-RESPONDENT PRO SE.

--------------------------------------------------------------------------------

Appeal from a decision of the Court of Claims (Stephen J. Lynch, J.), entered October 28, 2013. The decision awarded claimant money damages.

It is hereby ORDERED that said appeal is unanimously dismissed without costs (*see Kuhn v Kuhn*, 129 AD2d 967, 967).

Entered:  February 13, 2015                           Frances E. Cafarell
                                                       Clerk of the Court